UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PANDORA JEWELRY, LLC,

          Movant,

          -against-

BLUE TIME, INC. and SOLAR TIME, INC.,

          Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _12/3/2025__

22 Misc. 238 (AT) (RWL)

**ORDER**

ANALISA TORRES, District Judge:

The Court will treat Judge Lehrburger's November 18, 2025 order, ECF No. 48, as a report and recommendation on the motion to compel filed at ECF No. 36.  *See* Resp. Ltr., ECF No. 49.  By **December 17, 2025**, Movant may file responses to Respondents' objections filed at ECF No. 51.

      SO ORDERED.

Dated:  December 3, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge